United States District Court
Southern District of Texas
**ENTERED**
December 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYAN REDMON, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1119 |
| | § | |
| GLOBAL DISTRIBUTION | § | |
| SERVICES, INC., *et al.*, | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that the parties have resolved their dispute, the Court dismisses this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **April 15, 2019**, that the settlement could not be completely documented and approved.

SIGNED at Houston, Texas, this 5th day of **December, 2018.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\1119ConditionalDO.wpd    181205.1135